

FILED
CLERK, U.S. DISTRICT COURT

AUG 3 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Santos Adrian Lopez-Lomeli<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 12 657-DDP<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Sept 4_ , _2012_ , at _4:00_ ☐ a.m. / ☑ p.m. before the Honorable _Eick_ , in Courtroom _22_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _8/31/12_

U.S. District Judge/Magistrate Judge